UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHELDON MAYO, )<br>              Plaintiff, )<br>              )<br>VS.               )<br>              )<br>PNC MORTGAGE, )<br>              )<br>             Defendant. ) | CIVIL ACTION NO.<br><br>3:16-CV-0964-G (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant PNC Bank, N.A.'s motion to dismiss, filed April 15, 2016 (docket entry 4), is **GRANTED**. By separate judgment, all of the plaintiff's claims against PNC Mortgage will be **DISMISSED** with prejudice.

**SO ORDERED**.

November 18, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**